IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ARIUS WEST,<br><br>                Defendant. | 8:21CR179<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Richard H. McWilliams to withdraw as counsel for the defendant, Arius West (Filing No. 45). Donald L. Schense has filed an entry of appearance as retained counsel for Arius West. Therefore, Richard H. McWilliams's motion to withdraw (Filing No. 45) will be granted.

Richard H. McWilliams shall forthwith provide Donald L. Schense any discovery materials provided to the defendant by the government and any such other materials obtained by Richard H. McWilliams which are material to Arius West's defense.

The clerk shall provide a copy of this order to Donald L. Schense.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge