IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ARIUS WEST,<br><br>            Defendant. | 8:21CR179<br><br>AMENDED PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court upon the government's Motion to Amend Preliminary Order of Forfeiture (Filing No. 76). The Court has carefully reviewed the record in this case and finds the government incorrectly stated the amount of forfeiture in its Motion for Preliminary Order of Forfeiture (Filing No. 74), and the Motion to Amend states the corrected amounts as being $3,187, $2,150, and $965 in United States currency.

IT IS ORDERED:

1. The government's Motion to Amend Preliminary Order of Forfeiture (Filing No. 76) is granted.
2. The Court's Preliminary Order of Forfeiture (Filing No. 75) is amended to authorize the seizure of $3,187, $2,150, and $965 in United States currency.
3. All other provisions of the Court's Preliminary Order of Forfeiture remain in full force and effect.

Dated this 26th day of August 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge