IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARIUS WEST,<br><br>　　　　　Defendant. | 8:21CR179<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 80). The Court has reviewed the record in this case and finds as follows:

　　　　1.　　On August 23, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 75), and an Amended Preliminary Order of Forfeiture (Filing No. 77) was entered on August 26, 2022 pursuant to 18 U.S.C. § 924(c)(1)(A)(i), 21 U.S.C. § 841(a)(1), (b)(1)(D), and based upon defendant Arius West ("West") pleading guilty to Counts Three and Four of the Second Superseding Indictment and admitting the Forfeiture Allegation (Filing No. 49). Under the Preliminary Order of Forfeiture, West forfeited any interest he had in $3,187 in U.S. currency, seized on or about May 12, 2021, from the residence at 2589 Hartman Avenue, Omaha, Nebraska; the $2,150 in U.S. currency, seized from West on or about July 18, 2021; and the $965 in U.S. currency, seized on or about July 8, 2021, from the residence at 6506 N. 36th Street, Omaha, Nebraska

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 25, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on October 25, 2022 (Filing No. 79).

3. The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 80) is granted.
2. All right, title and interest in and to the $3,187 in U.S. currency, the $2,150 in U.S. currency, and the $965 in U.S. currency, held by any person or entity are forever barred and foreclosed.
3. The $3,187 in U.S. currency, the $2,150 in U.S. currency, and the $965 in U.S. currency is forfeited to the government.
4. The government is directed to dispose of the U.S. currency in accordance with law.

Dated this 22nd day of November 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge